Robert Goffin, Respondent, *v.* Esquire, Inc., Appellant, et al., Defendants.

Submitted May 29, 1950; decided June 2, 1950.

*Emil K. Ellis* and *Sol Dubow* for motion.

*Edward S. Greenbaum* opposed.

Motion denied, with $10 costs.